**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

*In Re Ingram Micro Data Breach Litigation*, Master File No. 2:25-cv-06301-JFW (KSx)

| | |
|---|---|
| Case Nos.: **CV 25-6301-JFW(KSx)**<br>SA CV 25-01513-JFW (KSx)<br>SA CV 25-01530-JFW (KSx)<br>LA CV 25-06479-JFW (KSx)<br>SA CV 25-01642-JFW (KSx) | Date: September 10, 2025 |

Title:  Damond Brown -v- Ingram Micro Holding Corporation

**PRESENT:**
    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL [filed 8/6/25; Docket No. 19]

   On August 6, 2025, Plaintiffs Damond Brown, Bill Chism, and Jane Doe (collectively, "Plaintiffs") filed an unopposed Motion to Consolidate Cases and Appoint Interim Co-Lead Counsel ("Motion").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for September 15, 2025, is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

   For the reasons stated in Plaintiffs' moving papers, the Court **GRANTS** Plaintiff's Motion. The Clerk shall consolidate pursuant to Federal Rule of Civil Procedure 42(a) the following cases: (1) *Brown v. Ingram Micro Holding Corporation, Inc*., Case No. 2:25-cv-06301-JFW (KSx); (2) *Chism v. Ingram Micro Holding Corporation, Inc.,* Case No. 8:25-cv-01513-JFW (KSx); (3)  *Doe v. Ingram Micro Americas, Inc*, Case No. 8:25-cv-01530-JFW (KSx); (4) *Ndiba v. Ingram Micro, Inc.*, Case No. 2:25-cv-06479-JFW (KSx); and (5) *Rodden v. Ingram Micro Holding Corporation*, Case No. 8:25-cv-01642-JFW (KSx) (the "Consolidated Action").

   The first-filed case, *Brown v. Ingram Micro Holding Corporation, Inc.*, Case No. 2:25-cv-06301-JFW (KSx), shall be the Master File.  All future filings shall be made in the Master

File and bear the following caption: *In Re Ingram Micro Data Breach Litigation*, Master File No. 2:25-cv-06301-JFW (KSx).  Plaintiffs shall file a Consolidated Amended Complaint on or before September 24, 2025.  The Clerk is ordered to administratively close Case Nos. 8:25-cv-01513-JFW (KSx), 8:25-cv-01530-JFW (KSx), 2:25-cv-06479-JFW (KSx), and 8:25-cv-01642-JFW (Ksx).

The Court approves John J. Nelson of Milberg Coleman Bryson Phillips Grossman, PLLC, Kristen Lake Cardoso of Kopelowitz Ostrow, P.A., and Carly M. Roman of Strauss Borrelli, PLLC, as Interim Co-Lead Class Counsel for the Consolidated Action.

IT IS SO ORDERED.