UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE INGRAM MICRO DATA BREACH LITIGATION | Master File No.: 2:25-cv-06301-JFW (KSx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE CONSOLIDATED COMPLAINT AND RESPONSIVE PLEADING** |

Pursuant to the stipulation of the parties, and for good cause appearing, it is hereby ordered as follows:

1. Plaintiffs Damond Brown, Bill Chism, Jane Doe, Edward Ndiba and Charles Rodden's deadline to file a Consolidated Complaint is extended from September 24, 2025, to October 10, 2025; and

2. Ingram Micro Holding Corporation and Ingram Micro Americas, Inc.'s deadline to respond to Plaintiffs' Consolidated Complaint is extended from October 15, 2025 to November 10, 2025.

IT IS SO ORDERED.

Dated:  September 17, 2025

_____
John F. Walter
United States District Judge