Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Email: cardoso@kolawyers.com

*[Additional counsel listed on signature page]*

*Attorney for Plaintiffs and Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ingram Micro Data Breach Litigation* | CASE NO.: 2:25-cv-06301-JFW (KSx) <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Damond Brown, Bill Chism, Jane Doe, Edward Ndiba, and Charles Rodden, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and through their below listed counsel, hereby voluntarily dismiss without prejudice all claims in this action against Defendant, Ingram Micro Americas Inc.

Dated: October 29, 2025              Respectfully Submitted,

By: */s/ Kristen Lake Cardoso*
Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
cardoso@kolawyers.com

NOTICE OF VOLUNTARY DISMISSAL
1

Carly M. Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
croman@straussborrelli.com

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
280 S. Beverly Drive-Penthouse Suite
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com

Miles M. Schiller
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
mschiller@stranchlaw.com

Tanner R. Hilton
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

---

CLASS ACTION COMPLAINT

2